W. W. CONSTRUCTION CO., INC., Respondent, v. THE FIDELITY AND CASUALTY
COMPANY OF NEW YORK and Another, Appellants.— Judgment and order affirmed,
with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, McAvoy
and Proskauer, JJ.

LUTHER C. BROWN, Respondent, v. THOMPSON HILL DEVELOPMENT CORPORA-
TION, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Pres-
ent — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J.,
dissents.

INTERNATIONAL STEEL CORPORATION, a Corporation, Respondent, v. F. R.
PHILLIPS & SONS COMPANY, a Corporation, Appellant.— Judgment affirmed,
with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, McAvoy
and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER T. FEDERLE,
Appellant.— Judgment affirmed.  No opinion.  Present — Dowling, P. J., Mer-
rell, Finch, McAvoy and Proskauer, JJ.; McAvoy, J., dissents.

DEMETRIO GATTUSO and Another, Respondents, v. JOSEPH DI SCALA, Appel-
lant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J.,
Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of a Final Account of Proceedings of
THE EQUITABLE TRUST COMPANY OF NEW YORK, as Successor-Substituted
Trustee under the Last Will and Testament of ELIZA EISNER, Deceased.— Decree
affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch,
McAvoy and Proskauer, JJ.

GRETTA GILFEDDER, Respondent, v. JOHN H. NEVILLE and Another, Defend-
ants, Impleaded with DAVID WERDENSCHLAG, Appellant.— Judgment affirmed,
with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, McAvoy
and Proskauer, JJ.

JOHN GILFEDDER, Respondent, v. JOHN H. NEVILLE and Another, Defend-
ants, Impleaded with DAVID WERDENSCHLAG, Appellant.— Judgment affirmed,
with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, McAvoy
and Proskauer, JJ.

ISIDOR H. VOGEL, Respondent, v. MANO REALTY CORPORATION, Appellant.—
Order affirmed, with costs and disbursements.  No opinion.  Present — Dowling,
P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX D. ORDMANN, Respondent, v. MORRIS KNOBEL and Another, Individually
and as Copartners, etc., Appellants.— Judgment affirmed, with costs.  No opinion.
Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMIL LUTKITZ, an Infant, etc., Respondent, v. CHARLES E. CHALMERS, as
Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment
and order affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell,
Finch, McAvoy and Proskauer, JJ.

MICHELE CINQUE, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY,
Appellant.— Judgment reversed and new trial ordered, with costs to the appellant
to abide the event unless the plaintiff stipulates to reduce the judgment as entered
to the sum of $5,147.99; in which event the judgment as so modified is affirmed,
without costs.  No opinion.  Settle order on notice.  Present — Dowling, P. J.,
Merrell, Finch, McAvoy and Proskauer, JJ.